**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00918-CR

**ORINTHIOUS DEONTE BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1241281-I**

## ORDER

The Court **GRANTS** appellant's March 15, 2015 second motion to extend time to file his

brief. We **ORDER** appellant's brief filed as of the date of this order.


/s/     LANA MYERS
          JUSTICE